## ON MOTION

### *ORDER*

Upon consideration of the stipulation, which the court treats as a motion to voluntarily dismiss this appeal from *Spiel Associates, Inc. v. Gateway Bookbinding Systems, Ltd.,* no. 03–CV–4696 (E.D.N.Y.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

## ON MOTION

### *ORDER*

Upon consideration of the parties' joint motion to voluntarily dismiss this appeal from *World Triathlon Corporation v. Ironman Magazine,* TTAB/Opposition No. 91/167,894,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

## WORLD TRIATHLON CORPORATION,
### Appellant,

### v.

## IRONMAN MAGAZINE, Appellee.

### No. 2009–1302.

United States Court of Appeals, Federal Circuit.

Sept. 9, 2010.

Joan Optican Herman, Hovey Williams LLP, Overland Park, KS, for Appellant.

Joseph J. Weissman, Johnson, Blakely, Pope, Bokor, Tampa, FL, for Appellee.

## INTAMIN, LTD., Plaintiff–Appellant,

### v.

## MAGNETAR TECHNOLOGIES CORP., Defendant–Appellee.

### No. 2010–1003.

United States Court of Appeals, Federal Circuit.

Sept. 9, 2010.

Ted S. Ward, Berke, Kent & Ward LLP, Los Angeles, CA, for Plaintiff–Appellant.

John B. Sganga Jr., Paul A. Stewart, Joseph S. Cianfrani, David G. Jankowski, Christopher L. Ross, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, for Defendant–Appellee.